854

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.

In the Matter of the Claim of JOSEPH PASCALE, Appellant, v. UNIVERSAL TERMINAL & STEVEDORING COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

In the Matter of the Claim of FLORENCE JAMIESON, Respondent, v. IRENE PASSARELLI et al, Appellants, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—